# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher Ivey,                                        Civil No. 12-30 (DWF/TNL)

         Plaintiff,

v.                                                                    **ORDER**

Daniel Williams, Michael Glavin,
William Gullickson, Scott Giannini,
Tara Halverson, Kevin Dreher, and
Matthew Dahl,

         Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated May 20, 2020. (Doc. No. 209.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.      Magistrate Judge Leung's May 20, 2020 Report and Recommendation (Doc. No. [209]) is **ADOPTED**;

2.      Plaintiff's Partial Motion for Summary Judgment (Doc. No. [160]) is **GRANTED** to the extent that Ivey requests that Count Three be dismissed with prejudice and **DENIED** in all other respects;

3.      Defendants' Motion for Summary Judgment (Doc. No. [167]) is

**GRANTED**; and

3.      This matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2020                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge